JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SAPAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EQUITY ONE FINANCIAL CORPORATION, a California corporation, ERIK B. MEYERS, an individual,<br><br>　　　　Defendants. | **Case No.: CV13-7904-PA (JCGx)**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br><br>Hon. Percy Anderson |

- 1 -

[proposed] ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the joint motion of the parties for dismissal with prejudice and all other papers and arguments submitted with respect thereto, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

This case is hereby dismissed in its entirety with prejudice as to all defendants.

**IT IS SO ORDERED.**

July 16, 2014                                   _____
                                                Percy Anderson